959 A.2d 905

COMMONWEALTH of Pennsylvania, Respondent

v.

Tyrone HIGHTOWER, Petitioner.

No. 112 EM 2008.

Supreme Court of Pennsylvania.

Oct. 22, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2008, the Petition for Assumption of Jurisdiction and Consolidation is **DENIED.**

959 A.2d 905

Victor Manuel JIMENEZ, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondents.

No. 107 EM 2008.

Supreme Court of Pennsylvania.

Oct. 22, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of October, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion for Recognizance or Bail are **DENIED.**